| | | |
|---|---|---|
| Brian Audette | The Honorable: | EUGENE R. WEDOFF |
| Perkins Coie LLP | Chapter   7 | |
| 131 South Dearborn St | Location: | 219 S. Dearborn, Courtroom 744, Chicago, IL |
| Ste. 1700 | Hearing Date: | 06/10/2015 |
| Chicago, IL  60603-5559 | Hearing Time: | 10:00am |
| (312) 324-8534 | Response Date: | / / |
| Chapter 7 Trustee | | |

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: LYNCH, JASON M.                                   §   Case No. 12-44572
                                                         §
                                                         §
Debtor(s)                                                §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
__Brian Audette_____, trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

   The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:
   219 S. Dearborn Street, 7th Floor
   Chicago, IL 60604

   Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within 21 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee.  A hearing on the fee applications and any objection to the Final
Report will be held at 10:00am on 06/10/2015 in Courtroom 744, United States Courthouse,
219 S. Dearborn Street
Chicago, IL 60604.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  05/14/2015        By:  Brian A. Audette
                                     Trustee

Brian Audette
131 South Dearborn St
Ste. 1700
Chicago, IL  60603-5559
(312) 324-8534
BAudette@perkinscoie.com

**UST Form 101-7-NFR (10/1/2010)**

| | | |
|---|---|---|
| Brian Audette | The Honorable: | EUGENE R. WEDOFF |
| Perkins Coie LLP | Chapter 7 | |
| 131 South Dearborn St | Location: | 219 S. Dearborn, Courtroom 744, Chicago, IL |
| Ste. 1700 | Hearing Date: | 06/10/2015 |
| Chicago, IL 60603-5559 | Hearing Time: | 10:00am |
| (312) 324-8534 | Response Date: | / / |
| Chapter 7 Trustee | | |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: LYNCH, JASON M.   §   Case No. 12-44572
                        §
                        §
Debtor(s)               §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*              $    12,000.00

*and approved disbursements of*                   $         0.00

*leaving a balance on hand of* [1]                $    12,000.00

**Balance on hand:**                              $    12,000.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:   $    0.00
Remaining balance:                       $ 12,000.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Brian Audette, Chapter 7 Trustee | 1,486.75 | 0.00 | 1,486.75 |
| Attorney for Trustee, Fees - Perkins Coie LLP | 1,704.00 | 0.00 | 1,704.00 |

Total to be paid for chapter 7 administration expenses:   $ 3,190.75
Remaining balance:                                         $ 8,809.25

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 8,809.25 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 8,809.25 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 4,157.02 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American InfoSource LP as agent for TD Bank, USA | 2,551.45 | 0.00 | 2,551.45 |
| 3 | Advanced Spine & Sports Care | 1,075.96 | 0.00 | 1,075.96 |
| 4 | Credit First NA | 529.61 | 0.00 | 529.61 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 4,157.02 |
| Remaining balance: | $ | 4,652.23 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | |
|---|---|
| Total to be paid for tardy general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 4,652.23 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 4,652.23 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.2% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $19.76. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $4,632.47.

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/Brian Audette
                     Trustee

Brian Audette
131 South Dearborn St
Ste. 1700
Chicago, IL  60603-5559
(312) 324-8534
BAudette@perkinscoie.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 12-44572-ERW
Jason M. Lynch                                                        Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: dgomez              Page 1 of 2           Date Rcvd: May 15, 2015
                              Form ID: pdf006           Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 17, 2015.
```
db             #+Jason M. Lynch,    1451 N. Ashland Ave. #2S,    Chicago, IL 60622-8088
aty             +Perkins Coie LLP,    131 South Dearborn Street,    Suite 1700,    Chicago, IL 60603-5559
19676001      +++Advanced Spine & Sports Care,    4552 N Magnolia Ave,    Chicago, IL 60640-5513
19676002        +Advocate Illinois Masonic Medical Center,    836 W. Wellington Ave.,    Chicago, IL 60657-5147
19676003        +Advocate Medical Group,    701 Lee St.,    Des Plaines, IL 60016-4539
19676005        +Allied Interstate,    3000 Corporate Exchange Dr. 5th Floor,    Columbus, OH 43231-7723
19676007        +Bank of America Home Loans,    450 American St. Sv.,    Simi Valley, CA 93065-6285
19709874        +Bank of America, N.A., successor by merger to BAC,    C/O,    Pierce & Associates,
                 1 N. Dearborn Ste 1300,    Chicago, IL 60602-4373
19676008        +Barclays Bank Delaware,    PO Box 8803,    Wilmington, DE 19899-8803
19676009        +Blatt, Hasenmiller, Leibsker & Moore,    125 South Wacker Drive,    Suite 400,
                 Chicago, IL 60606-4440
19676011         Capital One,    Attn: Bankruptcy Department,    PO Box 85167,    Richmond, VA 23285-5167
19676012         Chase,    Customer Service,    PO BOX 15299,    Wilmington, DE 19850-5299
19676013         Credit First N.A./Firestone,    P.O. Box 81344,    Cleveland, OH 44188-0344
20096802        +Credit First NA,    Po Box 818011,    Cleveland, OH 44181-8011
19676014         Creditors Discount & Audit,    PO BOX 213,    Streator, IL 61364-0213
19676016      ++FORSTER & GARBUS LLP,    60 VANDERBILT MOTOR PARKWAY,    P O BOX 9030,    COMMACK NY 11725-9030
                (address filed with court: Forster & Garbus,    A New York Law Firm,    500 Bi-County Blvd.,
                 Suite 300,    Farmingdale, NY 11735)
19676020        +HSBC/Direct Merchants Bank,    PO BOX 17602,    Baltimore, MD 21297-1602
19676017        +Hand Surgery and Specialty Orthopaedic C,    Suite 460,    One Transam Plaza Drive,
                 Oakbrook Terrace, IL 60181-4297
19676018        +Harris & Harris,    600 W. Jackson,    Suite 700,    Chicago, IL 60661-5629
19676019        +Harry S. Field,    77 W Washington, Suite 2111,    Chicago, IL 60602-9711
19676021         Illinois Department of Revenue,    Bankruptcy Section,    PO Box 64338,    Chicago, IL 60664-0338
19676022        +Koziol-thomas Eye Associates,    1211 S. Arlington Heights Rd.,
                 Arlington Heights, IL 60005-3142
19676023       #+Law Offices of Harry S. Field,    77 West Washington,    Suite 2111,    Chicago, IL 60602-9711
19676024        +Malcom S. Gerald and Associates, Inc.,    332 South Michigan Ave. Suite 600,
                 Chicago, IL 60604-4318
19676026         NorthStar Location Services,    4285 Genesee Street,    Cheektowaga, NY 14225-1943
19676027        +Northwestern Orthopaedic Institute,    680 N. Lake Shor Dr. Ste. 924,    Chicago, IL 60611-8701
19676028        +Pierce & Associates,    1 N. Dearborn, Suite 1300,    Chicago, IL 60602-4373
19676030       #+Steven Labahn,    1451 N. Ashland Ave.,    2S,    Chicago, IL 60622-8088
19676031         Target National Bank,    PO BOX 660170,    Dallas, TX 75266-0170
19676033        +Valentine & Kebartas, Inc.,    PO Box 325,    Lawrence, MA 01842-0625
19676034        +Wellington Radiology Group, SC/IMR,    9410 Compubill Drive,    Orland Park, IL 60462-2627
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19676006         E-mail/Text: ebnbankruptcy@ahm.honda.com May 16 2015 00:27:20     American Honda Finance,
                 2170 Point Blvd, Suite 100,    Elgin, IL  60123
19987507         E-mail/Text: ebnbankruptcy@ahm.honda.com May 16 2015 00:27:20
                 American Honda Finance Corporation,    National Bankruptcy Center,    P.O. Box 168088,
                 Irving, TX 75016-8088,    866-716-6441
19676004        +E-mail/Text: roy.buchholz@allianceoneinc.com May 16 2015 00:26:17     Alliance One,
                 4850 Street Road,    Suite 300,    Trevose, PA 19053-6643
19976589         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 16 2015 00:29:51
                 American InfoSource LP as agent for,    Target,    PO Box 248866,
                 Oklahoma City, OK  73124-8866
20320090         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 16 2015 00:30:04
                 American InfoSource LP as agent for TD Bank, USA,    PO Box 248866,
                 Oklahoma City, OK  73124-8866
19676010        +E-mail/Text: cms-bk@cms-collect.com May 16 2015 00:26:53     Capital Management Services, Inc.,
                 726 Exchange Street,    Suite 700,    Buffalo, NY 14210-1464
19676015        +E-mail/PDF: gecsedi@recoverycorp.com May 16 2015 00:29:28      Dicks Sporting/GEMB,
                 PO Box 981439,    El Paso, TX 79998-1439
19676032        +E-mail/Text: bankruptcydepartment@ncogroup.com May 16 2015 00:27:28      Transworld Systems,
                 2235 Mercury Way, Suite 275,    Santa Rosa, CA 95407-5463
                                                                                              TOTAL: 8
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19676029         Sharon F. Lynch
19676025       ##Midwest Retina Consultants, S.C.,    George J. Wyhinny, M.D.S.C.,    1875 Dempster,    Suite 640,
                 Park Ridge, IL 60068-1179
                                                                                 TOTALS: 1, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1          User: dgomez              Page 2 of 2              Date Rcvd: May 15, 2015
                              Form ID: pdf006           Total Noticed: 39
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2015                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 14, 2015 at the address(es) listed below:
              Andrew J Nelson    on behalf of Creditor    Bank of America, N.A., Successor by Merger to BAC Home
               Loans Servicing, LP fka Countrywide Home Loans Servicing, LP anelson@atty-pierce.com,
               northerndistrict@atty-pierce.com
              Brian  Audette    baudette@perkinscoie.com, IL32@ecfcbis.com
              Claudia  Badillo    on behalf of Debtor Jason M. Lynch claudia@schottlerlaw.com
              Jordan  Galassie    on behalf of Trustee Brian  Audette jgalassie@perkinscoie.com,
               nsaldinger@perkinscoie.com;docketchi@perkinscoie.com
              Mark R Schottler    on behalf of Debtor Jason M. Lynch mark@schottlerlaw.com,
               schottlerassociates@gmail.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Toni  Townsend    on behalf of Creditor    GREEN TREE AS SUCCESSOR IN INTEREST TO Bank of America,
               N.A. toni.townsend@pierceservices.com, northerndistrict@atty-pierce.com
                                                                                             TOTAL: 7
```