# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: LYNCH, JASON M.                               § Case No. 12-44572
                                                     §
                                                     §
                                                     §
Debtor(s)                                            §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Brian Audette, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $366,200.00                    Assets Exempt: $5,050.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $4,176.78       Claims Discharged
                                                 Without Payment: $0.00

Total Expenses of Administration: $3,190.75

---

3) Total gross receipts of $ 12,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 4,632.47 (see **Exhibit 2**), yielded net receipts of $7,367.53 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,190.75 | 3,190.75 | 3,190.75 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 4,176.78 | 4,176.78 | 4,176.78 |
| **TOTAL DISBURSEMENTS** | $0.00 | $7,367.53 | $7,367.53 | $7,367.53 |

4) This case was originally filed under Chapter 7 on November 09, 2012. The case was pending for 39 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/19/2016          By: /s/Brian Audette
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Inheritance from Debtor's father's estate | 1229-000 | 12,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$12,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| LYNCH, JASON M. | Dividend paid 100.00% on $4,632.47; Claim# SURPLUS; Filed: $4,632.47; Reference: 8200-002 | | 4,632.47 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$4,632.47** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Brian Audette, Chapter 7 Trustee | 2100-000 | N/A | 1,486.75 | 1,486.75 | 1,486.75 |
| Perkins Coie LLP | 3110-000 | N/A | 1,704.00 | 1,704.00 | 1,704.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$3,190.75** | **$3,190.75** | **$3,190.75** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American InfoSource LP as agent for TD Bank, USA | 7100-000 | N/A | 2,551.45 | 2,551.45 | 2,551.45 |
| 1I | American InfoSource LP as agent for TD Bank, USA | 7990-000 | N/A | 12.13 | 12.13 | 12.13 |
| 3 | Advanced Spine & Sports Care | 7100-000 | N/A | 1,075.96 | 1,075.96 | 1,075.96 |
| 3I | Advanced Spine & Sports Care | 7990-000 | N/A | 5.11 | 5.11 | 5.11 |
| 4 | Credit First NA | 7100-000 | N/A | 529.61 | 529.61 | 529.61 |
| 4I | Credit First NA | 7990-000 | N/A | 2.52 | 2.52 | 2.52 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $4,176.78 | $4,176.78 | $4,176.78 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 12-44572  
**Case Name:** LYNCH, JASON M.  

**Trustee:** (330232) Brian Audette, Chapter 7 Trustee  
**Filed (f) or Converted (c):** 11/09/12 (f)  
**§341(a) Meeting Date:** 01/08/13  

**Period Ending:** 01/19/16  
**Claims Bar Date:** 04/30/13  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1415 N. Ashland Ave., 2S, Chicago, IL 60622, Con<br>Imported from original petition Doc# 1 | 360,000.00 | 0.00 | | 0.00 | FA |
| 2 | Checking account at Chase Bank<br>Imported from original petition Doc# 1 | 1,900.00 | 0.00 | | 0.00 | FA |
| 3 | Normal furniture, electronics, appliances, etc.<br>Imported from original petition Doc# 1 | 1,000.00 | 0.00 | | 0.00 | FA |
| 4 | Baseball card collection<br>Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 5 | Regular clothing<br>Imported from original petition Doc# 1 | 450.00 | 0.00 | | 0.00 | FA |
| 6 | Costume jewelry, watch, etc.<br>Imported from original petition Doc# 1 | 250.00 | 0.00 | | 0.00 | FA |
| 7 | IRA<br>Imported from original petition Doc# 1 | 600.00 | 0.00 | | 0.00 | FA |
| 8 | Anticipated 2012 Federal tax refund<br>Imported from original petition Doc# 1 | 1,500.00 | 1,150.00 | | 0.00 | FA |
| 9 | 2012 Honda Accord- vehicle leased with Debtor's<br>Imported from original petition Doc# 1 | Unknown | 0.00 | | 0.00 | FA |
| 10 | Inheritance from Debtor's father's estate  (u) | 0.00 | 0.00 | | 12,000.00 | FA |
| 10 | **Assets   Totals** (Excluding unknown values) | **$366,200.00** | **$1,150.00** | | **$12,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Trustee's Final Report and Fee Applications were submitted to the U.S. T. for review and approval on April 23, 2015.

12/14/15: Contacted Advanced Spine & Sports Care re: two stale checks.  The checks were issued and mailed to their old location (the address listed on their claim).  They have relocated.  Per Brian's instruction, the checks were re-issued and mailed to the new address.

**Initial Projected Date Of Final Report (TFR):** December 31, 2013     **Current Projected Date Of Final Report (TFR):** June 30, 2015

Printed: 01/19/2016 12:24 PM     V.13.25

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 12-44572  
**Case Name:** LYNCH, JASON M.  
**Taxpayer ID #:** **-***5671  
**Period Ending:** 01/19/16  

**Trustee:** Brian Audette, Chapter 7 Trustee (330232)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******7166 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/31/15 | {10} | Jason M. Lynch | | 1229-000 | 12,000.00 | | 12,000.00 |
| 06/10/15 | 101 | Brian Audette, Chapter 7 Trustee | Dividend paid 100.00% on $1,486.75, Trustee Compensation; Reference: | 2100-000 | | 1,486.75 | 10,513.25 |
| 06/10/15 | 102 | Perkins Coie LLP | Dividend paid 100.00% on $1,704.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 1,704.00 | 8,809.25 |
| 06/10/15 | 103 | American InfoSource LP as agent for TD Bank, USA | Dividend paid 100.00% on $2,551.45; Claim# 1; Filed: $2,551.45; Reference: | 7100-000 | | 2,551.45 | 6,257.80 |
| 06/10/15 | 104 | Advanced Spine & Sports Care | Dividend paid 100.00% on $1,075.96, Claim# 3; Filed: $1,075.96; Reference:<br>Stopped on 12/14/15 | 7100-000 | | 1,075.96 | 5,181.84 |
| 06/10/15 | 105 | Credit First NA | Dividend paid 100.00% on $529.61; Claim# 4; Filed: $529.61; Reference: | 7100-000 | | 529.61 | 4,652.23 |
| 06/10/15 | 106 | American InfoSource LP as agent for TD Bank, USA | Dividend paid 100.00% on $12.13; Claim# 1I; Filed: $12.13; Reference: | 7990-000 | | 12.13 | 4,640.10 |
| 06/10/15 | 107 | Advanced Spine & Sports Care | Dividend paid 100.00% on $5.11; Claim# 3I; Filed: $5.11; Reference:<br>Stopped on 12/14/15 | 7990-000 | | 5.11 | 4,634.99 |
| 06/10/15 | 108 | Credit First NA | Dividend paid 100.00% on $2.52; Claim# 4I; Filed: $2.52; Reference: | 7990-000 | | 2.52 | 4,632.47 |
| 06/10/15 | 109 | LYNCH, JASON M. | Dividend paid 100.00% on $4,632.47; Claim# SURPLUS; Filed: $4,632.47; Reference: | 8200-002 | | 4,632.47 | 0.00 |
| 12/14/15 | 104 | Advanced Spine & Sports Care | Dividend paid 100.00% on $1,075.96; Claim# 3; Filed: $1,075.96; Reference:<br>Stopped: check issued on 06/10/15 | 7100-000 | | -1,075.96 | 1,075.96 |
| 12/14/15 | 107 | Advanced Spine & Sports Care | Dividend paid 100.00% on $5.11; Claim# 3I; Filed: $5.11; Reference:<br>Stopped: check issued on 06/10/15 | 7990-000 | | -5.11 | 1,081.07 |
| 12/14/15 | 110 | Advanced Spine & Sports Care | | 7100-000 | | 1,075.96 | 5.11 |
| 12/14/15 | 111 | Advanced Spine & Sports Care | | 7990-000 | | 5.11 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 12,000.00 | 12,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 12,000.00 | 12,000.00 | |
| | | | Less: Payments to Debtors | | | 4,632.47 | |
| | | | **NET Receipts / Disbursements** | | **$12,000.00** | **$7,367.53** | |

{} Asset reference(s)                                                                                     Printed: 01/19/2016 12:24 PM    V.13.25

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 12-44572  
**Case Name:** LYNCH, JASON M.

**Taxpayer ID #:** **-***5671  
**Period Ending:** 01/19/16

**Trustee:** Brian Audette, Chapter 7 Trustee (330232)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******7166 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

|  | TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|---|
|  | **Checking # ******7166** | 12,000.00 | 7,367.53 | 0.00 |
|  |  | $12,000.00 | $7,367.53 | $0.00 |